No. 78–5186.  SHADD *v.* UNITED STATES BOARD OF PAROLE ET AL.  Motion for leave to file petition for writ of habeas corpus and/or mandamus denied.

No. 77–6717.  LEE *v.* FAIRCHILD ET AL., U. S. CIRCUIT JUDGES; and

No. 77–6831.  McDONALD *v.* LEATHERS, CLERK, SUPREME COURT OF TENNESSEE, ET AL.  Motions for leave to file petitions for writs of mandamus and/or prohibition denied.

No. 77–6922.  KRIKMANIS *v.* UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ET AL.  Motion for leave to file petition for writ of mandamus and/or certiorari denied.

No. 77–6960.  JENKINS *v.* WILKEY, U. S. CIRCUIT JUDGE, ET AL.  Motion for leave to file petition for writ of mandamus and other relief denied.

No. 77–1439.  HUGHES *v.* OKLAHOMA.  Appeal from Ct. Crim. App. Okla.  Probable jurisdiction noted.

No. 77–1609.  TORRES *v.* PUERTO RICO.  Appeal from Sup. Ct. P. R.  Probable jurisdiction noted.

No. 77–1844.  CITY OF MOBILE, ALABAMA, ET AL *v.* BOLDEN ET AL.  Appeal from C. A. 5th Cir.  Probable jurisdiction noted.

No. 78–3.  PARHAM *v.* HUGHES.  Appeal from Sup. Ct. Ga.  Probable jurisdiction noted.

No. 77–1554.  COUNTY COURT OF ULSTER COUNTY, NEW YORK, ET AL. *v.* ALLEN ET AL.  C. A. 2d Cir.  Certiorari granted.